RUTH SIEGEL, Respondent, v. SAMUEL W. SIEGEL, Appellant.— Order unanimously modified so as to fix alimony at $100 per week and counsel fee at $1,000 and, as so modified, affirmed. On this record the amounts allowed by Special Term were excessive. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

JESSIE SPILLMAN et al., Respondents, v. MORRIS HARRIS, Defendant, and GEORGE WALLACE, Appellant.— Order unanimously reversed and the motion to strike out the answer denied, without costs. The failure to appear for examination was due to lack of attention to the matter rather than a willful default and under the circumstances striking the answer was too drastic. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

JESSIE SPILLMAN et al., Respondents, v. MORRIS HARRIS, Defendant, and GEORGE WALLACE, Appellant.— Order unanimously reversed and the motion to open default granted. In the circumstances here disclosed, the motion should have been granted. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

JOHN REINHOLDT, Appellant, v. KING'S FARM REALTY CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. Upon this record plaintiff is not entitled to a preference. If, however, plaintiff desires an early trial it may be obtained by waiving a jury trial. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

ANN ELLIS, Respondent, v. GARDEN ICE SKATING CLUB, INC., Appellant.— Order unanimously modified so as to provide that plaintiff may be allowed the relief sought after an examination of plaintiff before trial has been completed and, as so modified, affirmed. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

ERICH SCHIFFLER v. JEAN R. ZINKE, as Successor in Interest to JOSEPHINE J. THEODORE, Deceased.— Application denied, with $10 costs and stay vacated. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

■

MORRIS SACHNOW et al. v. CONCETTA GUIDONA.— Application denied, with $10 costs and stay vacated. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK v. ARISTEDES CASTRO.— Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK v. URIS FUNAROFF.— Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.